1   EILEEN M. DECKER
    United States Attorney
2   DOROTHY A. SCHOUTEN
    Assistant United States Attorney
3   Chief, Civil Division
4   ROBYN-MARIE LYON MONTELEONE
    Assistant United States Attorney
5   Chief, General Civil Section
6   MARLA K. LETELLIER, CSBN 234969
    Special Assistant United States Attorney
7        Social Security Administration
8        160 Spear Street, Suite 800
         San Francisco, CA  94105
9        Telephone: (415) 977-8928
10       Facsimile: (415) 744-0134
         Email: Marla.Letellier@ssa.gov
11  Attorneys for Defendant

12

13                    UNITED STATES DISTRICT COURT

14              FOR THE CENTRAL DISTRICT OF CALIFORNIA

15

16  STELLA LOPEZ,                    | No. 2:16-CV-03338-MRW

17          Plaintiff,               | JUDGMENT OF REMAND

18

19          v.

20  NANCY A. BERRYHILL[1], Acting
21  Commissioner of Social Security,

22          Defendant.

23

24

25  _____

26       [1] Nancy A. Berryhill is now the Acting Commissioner of Social Security.
    Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill
27  should be substituted for Acting Commissioner Carolyn W. Colvin as the defendant in
    this suit.  No further action needs to be taken to continue this suit by reason of the last
28  sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1

2         The Court having approved the parties' Stipulation to Voluntary Remand

3   Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment

4   ("Stipulation to Remand") lodged concurrently with the Judgment of Remand, IT

5   IS HEREBY ORDERED, ADJUDGED AND DECREED that the above

6   captioned action is remanded to the Commissioner of Social Security for further

7   proceedings consistent with the terms of the Stipulation to Remand.

8

9   DATED:   3/14/2017

                             HON. MICHAEL R. WILNER

10                               UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28